1
2
3
4
5
6
7

8                     **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  PALO VERDE HEALTHCARE              Case No. 5:24-cv-00666-FLA (DTBx)
    DISTRICT, a public entity,
12                                     **ORDER GRANTING DEFENDANT
                 Plaintiff,            ALTERA DIGITAL HEALTH
13                                     INC.'S REQUEST FOR SEVEN-
         vs.                           DAY EXTENSION TO FILE
14                                     OPPOSITION TO PLAINTIFF'S
    ALTERA DIGITAL HEALTH INC., a      REQUEST FOR PRELIMINARY
15  Delaware corporation, and DOES 1   INJUNCTION PURSUANT TO FED.
    through 10, inclusive,             R. CIV. P. 65(b)(2) [DKT. 15]**
16
                 Defendant.
17

18
19
20
21
22
23
24
25
26
27
28

## ORDER

The court, having considered Defendant Altera Digital Health Inc.'s ("Defendant") Request for Seven-Day Extension to File Opposition to Plaintiff's Request for Preliminary Injunction Pursuant to Fed. R. Civ. P. 65(b)(2), and good cause appearing, hereby finds as follows:

1.     Defendant consents to an extension of the Order Granting Plaintiff's Amended *Ex Parte* Application for Temporary Restraining Order to the earlier of April 26, 2024, or the date the court issues a ruling on the Order to Show Cause;

2.     Given Defendant's consent to extend the Temporary Restraining Order, no prejudice is posed to Plaintiff by Defendant's requested relief;

3.     Defendant would be prejudiced if its requested relief were denied because it would be unable to respond meaningfully to Plaintiff's evidence because some of its required employees are out of the office.

Based on these findings, Defendant's Request for Relief is GRANTED, and the court sets the following briefing schedule for the parties to Show Cause why a preliminary injunction should not issue in this action:

1.     Defendant's deadline to file and serve an opposition, if any, to Plaintiff's request for preliminary injunction shall be by April 15, 2024;

2.     The court orders the parties to Show Cause why a preliminary injunction should not issue in this action and sets the matter for hearing on April 26, 2024, at 1:30 p.m. in Courtroom 6B.


IT IS SO ORDERED.


Dated: April 8, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge