Robert Collings Little (SBN: 182396)
rlittle@buchalter.com
Eric Kennedy (SBN: 228393)
ekennedy@buchalter.com
Danielle M. Mayer (SBN: 298995)
dmayer@buchalter.com
BUCHALTER, A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Tel.: 949.760.1121  Fax: 949.720.0182

*Attorneys for Defendant*
ALTERA DIGITAL HEALTH INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALO VERDE HEALTHCARE DISTRICT, a public entity,<br><br>Plaintiff,<br><br>vs.<br><br>ALTERA DIGITAL HEALTH INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 5:24-cv-00666-FLA DTBx<br><br>Honorable Fernando L. Aenlle-Rocha<br><br>**NOTICE OF ERRATA RE DECLARATIONS IN SUPPORT OF ALTERA DIGITAL HEALTH INC.'S OPPOSITION TO PALO VERDE'S APPLICATION FOR PRELIMINARY INJUNCTION**<br><br>**Hearing**<br>Date:     April 26, 2024<br>Time:    9:00 a.m.<br>Dept.:    6B |

**TO THE HONORABLE COURT; TO THE CLERK OF COURT; TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

When Defendant Altera Digital Health Inc. (Altera) was filing its Opposition to Palo Verde Healthcare District's Application for Preliminary Injunction (Docket No. 18) on April 15, 2024, our night staff began receiving multiple errors from the CM/ECF filing system: "ERROR: Document is malformed or contains code which may cause an external action (such as launching an application). This PDF document cannot be accepted." It took technical time to get to the root of these errors.

Each exhibit was searched for script codes, but none appeared to contain any. After further investigation on an offline system, it was discovered that three DocuSigned PDF declarations our filing team were trying to submit exactly as received from our client, inexplicably contained Adobe e-Signature prompt scripts within them. Our filing team then began the process of "flattening" each individual PDF declaration, three in total, to try to correct the technical errors preventing the declarations from being processed by the CM/ECF system after upload. This solved the problem and caused the 35-minute delay in filing the declarations.

We have discovered that in the process of flattening and submitting the declarations, there was an inadvertent exclusion of the accompanying exhibits that had been previously attached to the original DocuSigned declarations containing the Adobe e-Signature code. As a result, the declarations below were filed without exhibits:

1.  Elliott Bryant's Declaration (Docket No. 19) inadvertently excluded Exhibits 1–8. A <u>corrected</u> version of the Declaration of Elliott Bryant that Altera intended to file, with Exhibits 1–8 attached thereto, is attached as **Exhibit A**.

2.  Thomas McCabe's Declaration (Docket No. 19-1) inadvertently excluded Exhibits 1–2. A <u>corrected</u> version of the Declaration of Thomas McCabe that Altera intended to file, with Exhibits 1–2 attached thereto, is attached as **Exhibit B**.

3. Peter Young's Declaration (Docket No. 19-2) inadvertently excluded Exhibit 1. A <u>corrected</u> version of the Declaration of Peter Young that Altera intended to file, with Exhibit 1 attached thereto, is attached as **Exhibit C**.

This inadvertence was rectified as soon as it came to counsel's attention and counsel apologizes for any inconvenience to the Court this may have caused.

Although it filed an extensive reply brief, Plaintiff did not mention this exhibit issue in the submission it filed on April 19, 2024. (Dkt. No. 21). If Plaintiff needs more time to respond with a Supplemental Reply addressing the exhibits attached to the three declarations specified above, Defendant will stipulate to the TRO remaining in effect until a hearing date advanced and continued for such other date convenient for the Court, after Plaintiffs submits any supplemental reply within the statutory time.

Dated: April 23, 2024

Respectfully submitted,

BUCHALTER
A Professional Corporation

By: */s/ Eric Kennedy*
ERIC KENNEDY
ROBERT LITTLE
DANIELLE MAYER

*Attorneys for Defendant*
ALTERA DIGITAL HEALTH INC.