Jennifer S. Romano (SBN 195953)
JRomano@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

Molly A. Jones (SBN 301419)
MoJones@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

Attorneys for Defendant
Altera Digital Health Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALO VERDE HEALTHCARE DISTRICT, a public entity,<br><br>Plaintiff,<br><br>v.<br><br>ALTERA DIGITAL HEALTH INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:24-cv-00666-FLA-DTB<br><br>Hon. Fernando L. Aenlle-Rocha<br><br>**DEFENDANT ALTERA DIGITAL HEALTH INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date: August 16, 2024<br>Time: 1:30 p.m.<br>Ctrm.: 6B, 6th Floor<br>Judge: Hon. Fernando L. Aenlle-Rocha<br><br>Complaint filed: March 26, 2024<br>FAC filed: April 24, 2024 |

PLEASE TAKE NOTICE that on August 16, 2024 at 1:30 p.m., or as soon thereafter as counsel may be heard, before the Honorable Fernando L. Aenlle-Rocha, in the United States District Court for the Central District of California, First Street Courthouse, 350 W. 1st Street, Courtroom 6B, 6th Floor, Los Angeles, CA 90012, Defendant Altera Digital Health Inc. ("Altera") will, and hereby does, move this Court for an order compelling Plaintiff Palo Verde Healthcare District ("Plaintiff") to arbitrate the claims of its First Amended Complaint (D.I. 25, "FAC") in accordance with the arbitration provision of the parties' Agreement and to dismiss claims 1-9 of the FAC.

Altera moves to compel arbitration of the FAC on the ground that the Federal Arbitration Act, 9 U.S.C. §§ 1–16, requires enforcement of the arbitration provision of the Master Client Agreement (and related Delivery Orders) (collectively, the "Agreement") that underlies each of Plaintiff's claims. Further, the Ninth Circuit has repeatedly held that where, as here, the parties' Agreement references and incorporates the AAA Commercial Arbitration Rules, the AAA has exclusive jurisdiction over questions of arbitrability.[1]

Altera also moves to dismiss the FAC on the grounds that Plaintiff's claims are barred by the one-year contractual limitations provision and applicable statutes of limitations; Plaintiff lacks statutory standing and therefore cannot state a claim for relief under the California Unfair Competition Law, Cal. Bus. & Prof. Code § 17200, *et seq.*; and Plaintiff otherwise fails to state a claim upon which relief can be granted on any of its claims.

---

[1] Altera requests that the Court consider and take judicial notice of the AAA Commercial Arbitration Rules in its Request for Judicial Notice, filed herewith, and further, that the Court consider in deciding this Motion the parties' Agreements and correspondence incorporated by reference in the FAC, upon which Plaintiff's claims rely, and the authenticity and relevance of which are not reasonably in dispute.

1  Defendant's Motion to Compel Arbitration and to Dismiss Plaintiff's First
2  Amended Complaint is made pursuant to Federal Rule of Civil Procedure 12(b)(1),
3  12(b)(3), and 12(b)(6), and is based on this Notice of Motion and Motion, the
4  accompanying Memorandum of Points and Authorities, the attached Declarations
5  and Exhibits, all pleadings and papers on file in this matter, the oral argument of
6  counsel, and such other matters as may be presented to this Court.
7      This Motion is made following the conference of counsel pursuant to L.R. 7-
8  3, which took place on May 23, 2024. *See* Declaration of Molly A. Jones in Support
9  of Motion to Compel Arbitration and to Dismiss Plaintiff's FAC, ¶¶ 2-10, Ex. A.
10 The parties' L.R. 7-3 conference did not resolve the need for a hearing on these
11 issues. *Id*.

13 Dated: May 29, 2024       CROWELL & MORING LLP

15        By: */s/ Jennifer S. Romano*
16           Jennifer S. Romano
             Molly A. Jones
17
             Attorneys for Defendant
18           Altera Digital Health Inc.