```
 1              UNITED STATES DISTRICT COURT

 2       CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

 3

 4  PALO VERDE HEALTHCARE          ) Case No. ED CV 24-00666-FLA
    DISTRICT,                      )                      DTB
 5                                 )
             Plaintiff,            ) Riverside, California
 6                                 )
    vs.                            ) Thursday, September 5, 2024
 7                                 )
    ALTERA DIGITAL HEALTH INC,     )
 8  et al.,                        ) (9:35 a.m. to 9:39 a.m.)
                                   ) (5:06 p.m. to 5:23 p.m.)
 9           Defendants.           ) (5:36 p.m. to 5:50 p.m.)
    _____)
10                                   REDACTED TRANSCRIPT

11              TRANSCRIPT OF SETTLEMENT CONFERENCE
            BEFORE THE HONORABLE DAVID T. BRISTOW
12               UNITED STATES MAGISTRATE JUDGE

13

14  Appearances:              See next page.

15  Court Reporter:           Recorded; CourtSmart

16  Courtroom Deputy:         S. Lorenzo

17  Transcribed by:           Chinago Okonta
                              Echo Reporting, Inc.
18                            9711 Cactus Street, Suite B
                              Lakeside, California 92040
19                            (858) 453-7590

20

21

22

23

24
    Proceedings recorded by electronic sound recording;
25  transcript produced by transcription service.
```

ii

1   APPEARANCES:

2   For Plaintiff:              MARIA C. ROBERTS, ESQ.
                                Greene and Roberts
3                               402 West Broadway
                                Suite 1025
4                               San Diego, California 92101
                                (619) 398-3400
5
    For Defendants:             JENNIFER S. ROMANO, ESQ.
6                               Crowell and Moring, LLP
                                515 South Flower Street
7                               Floor 40
                                Los Angeles, California 90071
8                               (213) 622-4750

9   Transcribed by:             Echo Reporting, Inc.
                                Contracted Court Reporter/
10                              Transcriber
                                echoreporting@yahoo.com
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

1    <u>Riverside, California; Thursday, September 5, 2024 9:35 a.m.</u>

2                                --oOo--

3        (Call to order of the Court.)

4            THE CLERK:  Calling case number 5:24-cv-00666,

5    Palo Verde Healthcare District versus Altera Digital Health,

6    Inc.

7            Counsel, please state your appearances at the

8    lectern.  Thank you.  Beginning with Plaintiff.

9            MS. ROBERTS:  Good morning, your Honor.  Maria

10   Roberts, Greene and Roberts, on behalf of Palo Verde

11   Healthcare District, the Plaintiff.  Also present today is

12   Sandra Hudson who's the Chair of the elected board of the

13   District, William Van Noll who was Interim Chief Financial

14   Officer, and Dave Goodrich who is Bankruptcy Counsel to the

15   District.

16           THE COURT:  Okay.  Thank you, counsel.

17           MS. ROBERTS:  Good morning and thank you.

18           MS. ROMANO:  Good morning, your Honor.  Jennifer

19   Romano for Defendant Altera Digital Health, and with me

20   today is Elliot Bryant, Executive Vice President and Louise

21   Pearson, Vice President and Associate General Counsel of

22   Altera.

23           THE COURT:  Good morning.

24           UNIDENTIFIED SPEAKER:  Good morning.

25           THE COURT:  Thank you all for your presence.  You

2

1  may be seated.

2          We're here for a settlement conference in this

3  matter.  I've received your confidential settlement briefs

4  and have reviewed those.  And it is my hope that we will

5  succeed today in our efforts to resolve this matter.  We

6  will spend all day if necessary to do that.

7          I have a discovery matter I have to take at noon,

8  so we'll probably break for lunch at noon.  There are very

9  limited options for that purpose.  The closest option is

10 probably the ground floor of the County Administrative

11 Building, which is directly out the front doors of the

12 courthouse.  It's kind of hot today.  So beyond that --

13 there's a Jack in the Box if you go out the back of the

14 courthouse, a block away, but those are your two closest

15 options.

16         Lunch would probably be about an hour.  I'm not

17 sure how long my discovery matter will take.  It won't

18 probably take an hour, I don't think.  But I would like to

19 try and spend as much time as possible in resolving this

20 matter.

21         I will meet first with counsel -- first with

22 Plaintiff's counsel, without their clients, just to find

23 out, from a legal standpoint, the procedural posture of the

24 case.  I will then do the same thing with Defense counsel,

25 and we'll then thereafter meet individually with the parties

3

1   until, hopefully, we can reach a point on the continuum that

2   everyone is dissatisfied with because that is usually the

3   mark of a good settlement.

4           Anything I need to know before we commence?

5           MS. ROBERTS:  Not from the Plaintiff's side, your

6   Honor.

7           MS. ROMANO:  I don't believe so, your Honor.

8           THE COURT:  All right.

9           You are each welcome to take one of the rooms in

10  the vestibule, if you would like, for purposes of meeting

11  and conferring in a confidential setting.

12          If you would like any water or coffee, please let

13  my courtroom deputy know.  We can provide that from

14  chambers.  You're welcome to drink that in the courtroom.  I

15  would just ask for you to be careful because I share this

16  courtroom with two other judges.

17          And with that, I will meet Plaintiff's counsel at

18  the door, and we will commence.

19      (Proceedings recessed briefly.)

20          THE CLERK:  All rise.  This United States District

21  Court is once again in session, the Honorable David T.

22  Bristow, United States Magistrate Judge, presiding.

23          Good evening, your Honor.

24          Calling case number 5:24cv00666, Palo Verde

25  Healthcare District versus Altera Digital Health, Inc.

*Echo Reporting, Inc.*

4

1          Counsel, please restate your appearances,

2    beginning with Plaintiff.

3          MS. ROBERTS:  Good afternoon or early evening,

4    your Honor.  Maria Roberts on behalf of Palo Verde

5    Healthcare District.

6          THE COURT:  Ms. Roberts.

7          MS. ROMANO:  Good evening, your Honor.  Jennifer

8    Romano for Defendant Altera Digital Health.  And with me is

9    Louise Pearson and our client representative Elliot Bryant.

10         THE COURT:  Ms. Romano and Ms. Pearson.

11         All right.  Thank you very much, counsel.  I think

12   we are ready to put a settlement on the record.  Is that

13   accurate?

14         MS. ROBERTS:  That is my understanding, your

15   Honor.

16         THE COURT:  All right.  Then based on the

17   discussions that the Court has had with counsel and the

18   parties, the parties have reached agreement on the terms of

19   a settlement, and one of you will now place those terms on

20   the record and the other will confirm that those terms

21   reflect the parties' understanding.

22   ████████████████████████████████████████████████████

23   ████████████████████████████████████████████████████

24   ████████████████████████████████████████████████████

25   ████████████████████████████████



*Echo Reporting, Inc.*







*Echo Reporting, Inc.*











14



9     (Proceedings concluded.)

24        I certify that the foregoing is a correct

25  transcript from the electronic sound recording of the

15

1   proceedings in the above-entitled matter.

2

3   /s/Chinago Okonta                          9/16/2024
    Transcriber                                Date
4

5   FEDERALLY CERTIFIED TRANSCRIPT AUTHENTICATED BY:

6

7   /s/L.L. Francisco
    L.L. Francisco, President
8   Echo Reporting, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*Echo Reporting, Inc.*